RACHEL KORN, an Infant, by MOSES KORN, Her Guardian ad Litem, Appellant, v. LEAH RUBEE, Respondent.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide the event, upon the ground that plaintiff made out a *prima facie* case of negligence against the landlord, and that the question of plaintiff's contributory negligence was for the jury. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

UNION DISCOUNT COMPANY, INC., Appellant, Respondent, v. CHARLES L. FRASER, Respondent, Appellant, Impleaded, etc.— Order so far as appealed from by the plaintiff reversed, with ten dollars costs and disbursements to the plaintiff, and the motion for a reference denied. Order so far as appealed from by the defendant affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HAMILTON, ISELIN & Co., INC., Respondent, v. TILLIE S. JARETZKI, Defendant, Impleaded with PAUL BLOCK, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BENJAMIN L. WEIL, Appellant, v. ELLINDA CORPORATION and Others, Respondents.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The date for the examination to proceed to be fixed in the order, service of a copy of which, with notice of entry thereof upon the attorneys for the defendants, will be sufficient. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JACOB ZYSMAN, Appellant, v. 147–149 WEST 57TH STREET CORPORATION and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GEOFFREY S. COX, Respondent, v. EUGENE, LTD. (a Domestic Corporation), Appellant.— Order so far as appealed from modified by striking out the provision for the payment of taxable costs as a condition for granting the motion for leave to serve an amended answer as proposed, and by providing instead that defendant be granted leave to serve an amended answer as proposed within five days from service of order, and as so modified affirmed, with ten dollars costs and disbursements to the appellant, without prejudice to any action that defendant may be advised to take with reference to the question whether the so-called amended bill of particulars was properly served. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARSHAL STEARNS, as Ancillary Executor under the Last Will and Testament of ELIZABETH TOWNSEND DARR, Deceased, Appellant, v. RAPHAEL D. CORTINA, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WILLIAM SIMON, Appellant, v. GERTIE SIMON, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.